IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01799-ZLW-MJW

TW TELECOM HOLDINGS, INC.,

Plaintiff,

v.

CAROLINA INTERNET LTD.,

Defendant.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

 It is hereby **ORDERED** that Plaintiff tw telecom holdings inc.'s Motion for Service by United States Marshals Pursuant to FRCP [sic] 4(c)(3) and Request for Expedited Relief **(Docket No. 4)** is **granted**. It is thus further

 **ORDERED** that service of the Summons and the Complaint upon the defendant shall be made by the U.S. Marshal Service after the plaintiff provides the U.S. Marshal Service with the appropriate U.S. Marshal form(s), the Summons, and the Complaint and makes arrangements to make payment of any required fees. Plaintiff shall serve a copy of this Minute Order upon the U.S. Marshal Service at the time it provides the U.S. Marshal Service with the requisite form(s), Summons, and Complaint and makes provision to make payment of the requisite fees. The U.S. Marshal Service for the District of Colorado may be reached at 901 19th Street, A300, Denver, CO 80294; telephone number (303) 335-3400.

Date: August 26, 2010