IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01799-ZLW-MJW

TW TELECOM HOLDINGS INC.,

    Plaintiff,

v.

CAROLINA INTERNET LTD,

    Defendant.

---

ORDER

---

The matter before the Court is Plaintiff TW Telecom Holdings, Inc.'s Motion For Default Pursuant To FRCP 55(b)(2) (Doc. No. 14). Plaintiff requests entry of default judgment by the Court pursuant to Fed. R. Civ. P. 55(b)(2). The Court finds that Plaintiff served a copy of the Summons and Complaint on Defendant Carolina Internet, Ltd. on August 13, 2010. Defendant did not file a responsive pleading within 20 days, and on October 8, 2010, Plaintiff moved for entry of default against Defendant. On October 13, 2010, the Court Clerk entered default against Defendant. Defendant has to date filed no responsive pleading, and has not otherwise appeared in this action.

The Court finds that Defendant Carolina Internet, Ltd. has failed to answer, respond, or appear, and therefore the Court will render judgment by default in favor of Plaintiff and against Defendant. After reviewing the evidence submitted by Plaintiff, the Court finds in favor of Plaintiff and against Defendant, and awards damages to Plaintiff in the amount of $2,850,000 under the 2009 Service Agreement and $331,533.93 under

the April, May, and June 2010 invoices, for a total amount of $3,181,533.93.  The Court further awards Plaintiff prejudgment interest in the amount of $124,012.70 pursuant to the terms and conditions of the parties' Agreement.  Accordingly, it is

ORDERED that Plaintiff TW Telecom Holdings, Inc.'s Motion For Default Pursuant To FRCP 55(b)(2)  (Doc. No. 14) is granted.  It is

FURTHER ORDERED that Plaintiff is awarded damages in the amount of $2,850,000 under the 2009 Service Agreement and $331,533.93 under the April, May, and June 2010 invoices, for a total amount of $3,181,533.93.  It is

FURTHER ORDERED that Plaintiff is awarded prejudgment interest in the amount of $124,012.70 pursuant to the terms and conditions of the parties' Agreement.  It is

FURTHER ORDERED that Plaintiff is awarded post-judgment interest at the applicable statutory rate in effect on the date that Judgment is entered.  It is

FURTHER ORDERED that a separate Judgment shall issue pursuant to Fed. R. Civ. P. 58.  It is

FURTHER ORDERED that Plaintiff shall be awarded its costs upon the filing of a bill of costs within ten days after entry of Judgment.

DATED at Denver, Colorado, this 27th day of October, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court