IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01799-ZLW-MJW

TW TELECOM HOLDINGS INC.,

    Plaintiff,
v.

CAROLINA INTERNET LTD,

    Defendant.

---

### ORDER

---

It appears that attorney Christopher Beall filed a notice of entry of appearance on behalf of Defendant on October 25, 2010 (Doc. No. 15). Accordingly, it is

ORDERED that the Court's Order of October 27, 2010 (Doc. No. 17) hereby is vacated. It is

FURTHER ORDERED that Defendant shall file a responsive pleading or motion on or before November 1, 2010, or be subject to default.

DATED at Denver, Colorado, this 27th day of October, 2010.

                BY THE COURT:

                _____
                ZITA LEESON WEINSHIENK, Senior Judge
                United States District Court