IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01799-ZLW-MJW

TW TELECOM HOLDINGS INC.,

    Plaintiff,

v.

CAROLINA INTERNET LTD,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: January 4, 2011

    It is ORDERED that Plaintiff TW Telecom Holdings Inc.'s Unopposed Motion For Leave To File Out Of Time (Doc. No. 28) is granted.