IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01799-ZLW-MJW

TW TELECOM HOLDINGS INC.,

    Plaintiff,

v.

CAROLINA INTERNET LTD.,

    Defendant.

---

### ORDER

---

The matter before the Court is Defendant's Motion For Reconsideration Of Order Striking Answer (Doc. No. 25).  The Court has reviewed carefully the moving and responding papers including all attached exhibits, the applicable legal authority, and the entire case file.  It is

ORDERED that  Defendant's Motion For Reconsideration Of Order Striking Answer (Doc. No. 25) is denied.

DATED at Denver, Colorado, this 26th day of January, 2011.

                BY THE COURT:

                *[signature: Zita Leeson Weinshienk]*

                ZITA LEESON WEINSHIENK, Senior Judge
                United States District Court