IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01799-ZLW-MJW

TW TELECOM HOLDINGS, INC.,

Plaintiff(s),

v.

CAROLINA INTERNET LTD.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's *Unopposed Motion for Leave to Appear by Telephone for Hearing*, DN 51, filed with the court on March 14, 2011, is GRANTED.
     FURTHER, it is ORDERED that *Plaintiff TW Telecom Holdings Inc.'s Request for Leave to Appear by Telephone for Hearing*, DN 53, filed with the court on March 14, 2011, is also GRANTED. Plaintiff's counsel shall initiate a joint conference call to all parties, with the court being the final connection to (303) 844-2403 on March 21, 2011, at 8:30 a.m.

     FINALLY, it is ORDERED that the *Plaintiff TW Telecom Holding Inc.'s Motion to Compel Defendant Carolina Internet, Ltd.'s Responses to Post-Judgment Interrogatories and Requests for Production of Documents*, DN 52, filed with the Court on March 14, 2011, will be heard on March 21, 2011, at 8:30 a.m. Any response to the motion shall be filed on or before 4:00 p.m., on Friday, March 18, 2011.

Date:   March 14, 2011