# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  10-cv-01799-ZLW-MJW            FTR - Courtroom A-502

**Date:**  March 21, 2011                           Courtroom Deputy, Emily Seamon

<u>Parties</u>                                       <u>Counsel</u>

TW TELECOM HOLDINGS INC.,                            T. Wade Welch

    Plaintiff,

v.

CAROLINA INTERNET LTD.,                              Christopher P. Beall

    Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION   HEARING
**Court in Session:**   8:39 a.m.
Court calls case.  Appearances of counsel.

The Court considers tw telecom holdings inc.'s Motion for Authorization to Register Judgment in Another District, Motion for Writ of Execution, and Motion to Compel Defendant Carolina Internet, Ltd.'s Responses to Post-Judgment Interrogatories and Requests for Production of Documents for argument.

The Court takes judicial notice that Default Judgment has been entered against Defendant Carolina Internet Ltd. [Docket No. 35].  Defendant Carolina Internet Ltd. filed a Notice of Appeal [Docket No. 37].  No supersedeas bond has been filed by the Defendant.

**It is ORDERED:**     Plaintiff tw telecom holdings inc.'s MOTION FOR AUTHORIZATION TO REGISTER JUDGMENT IN ANOTHER DISTRICT [Docket No. **42**, Filed February 16, 2011]  is **GRANTED** for the reasons stated on the record.

Plaintiff tw telecom holdings inc.'s MOTION FOR WRIT OF EXECUTION [Docket No. **40**, Filed February 14, 2011] is **GRANTED** for the reasons stated on the record.  The Clerk of the Court shall issue the Writ of Execution attached to the motion [Docket No. 40-1].

Plaintiff tw telecom holdings inc.'s MOTION TO COMPEL DEFENDANT CAROLINA INTERNET, LTD.'S RESPONSES TO POST-JUDGMENT INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS [Docket No. **52**, Filed March 14, 2011] is **GRANTED** for the reasons stated on the record.  Defendant shall provide to the Plaintiff

written responses to interrogatories and requests for production of documents on or before **March 31, 2011**.  The parties shall meet and confer forthwith and set Rule 30(b)(6) depositions between **April 1, 2011** and **April 15, 2011**.  No attorney fees and costs are awarded.  Plaintiff is granted leave to request any further sanctions if the Defendant is non-compliant with the Court's Order regarding discovery.

Hearing concluded.
**Court in recess:**      8:59 a.m.
Total In-Court Time 00:20

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.