IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01799-PAB-MJW

TW TELECOM HOLDINGS, INC.,

Plaintiff(s),

v.

CAROLINA INTERNET LTD.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Enter Stipulated Protective Order (docket no. 74) is GRANTED finding good cause shown.  The written Protective Order (docket no. 74-1) is APPROVED and made an Order of Court.

Date:  May 13, 2011